# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:05CV469

| | |
|---|---|
| **TONYA SMITH MANGUM and MICHAEL F. SCHULTZE,** ) ) ) **Plaintiffs,** ) ) v. ) ) **PROGRESSIVE AMERICAN, INSURANCE COMPANY,** ) ) ) ) **Defendant.** ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on "Motion of Plaintiffs to Cite Supplemental Authorities" (Document No. 13) filed on May 3, 2006. The parties have consented to magistrate jurisdiction under 28 U.S.C. § 636(c), and this matter is now ripe for disposition. Defendant has had sufficient time to respond and has not done so.

Having carefully considered the Motion and the record, the undersigned will <u>grant</u> the Motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion ... to Cite Supplemental Authorities" (Document No. 13) is **GRANTED**.

Signed: October 4, 2006

David C. Keesler
United States Magistrate Judge