# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:05CV469

| | |
|---|---|
| TONYA SMITH MANGUM and<br>MICHAEL F. SCHULTZE,<br><br>    Plaintiffs,<br><br>v.<br><br>PROGRESSIVE AMERICAN,<br>INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   **ORDER**<br>)<br>)<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties shall appear before the undersigned on **February 20, 2007** prepared to argue the pending motions: "Verified Motion of Plaintiffs for Summary Judgment ..." (Document No. 4), filed March 9, 2006, and "Defendant ... Motion for Judgment on the Pleadings" (Document No. 9), filed March 27, 2006. The parties have consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), and these motions are ripe for disposition.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **February 20, 2007** for a Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: December 21, 2006

David C. Keesler
United States Magistrate Judge