# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### CHARLOTTE DIVISION
### CIVIL ACTION NO. 3:05CV469

| | | |
|---|---|---|
| **TONYA SMITH MANGUM and** | ) | |
| **MICHAEL F. SCHULTZE,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **JUDGMENT** |
| | ) | |
| **PROGRESSIVE AMERICAN** | ) | |
| **INSURANCE COMPANY,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

**THIS MATTER** having come before the Court on the "Verified Motion of Plaintiffs for Summary Judgment..." (Document No. 4) and "Defendant Progressive American Insurance Company's Motion for Judgment on the Pleadings" (Document No. 9); the Court having considered the record and applicable authority and conducted a hearing on the motion; the parties having consented to Magistrate Judge jurisdiction pursuant to 28 U.S.C. § 636(c); and the Court having granted summary judgment for Plaintiffs as to Claim 1 for breach of contract and denied summary judgment for Plaintiffs as to Claim 3; and the Court having denied Defendant's motion for judgment on the pleadings as to Claim 1 and granted the same as to Claims 2 through 4, by Order (Document No. 17) on March 8, 2007,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED**, that **JUDGMENT** in favor of Plaintiffs is hereby **ENTERED** against Defendant in the principal amount of **$25,000.00**, with interest lawfully accumulated thereon.

**SO ORDERED**.

Signed: March 15, 2007

David C. Keesler
United States Magistrate Judge